By Special Visitation and Special Deposit
All Rights Retain None Waive Ever

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA GAINESVILLE DIVISION

NATHAN LEON ROBERTS,

    Plaintiff,

vs.

COMPUTER DISCOUNT WAREHOUSE,
CHRISTINE LEAHY, AMY RAUPP,
ELIZABETH CONNELLY, CONNOR
WADDELL, BURWELL BAXTER BELL,
KEITH ARNOLD, JULIE MORGAN,
CRAIG R. THORSTENSON
    Defendant(s).

_____/

Civil Action No.: 2:22-cv-00250-RWS-JCF

**DEMAND TRIAL BY JURY**



FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

DEC 19 2022

KEVIN P. WEIMER, Clerk
By: ___ Deputy Clerk

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. PARTIES TO THIS COMPLAINT**

**A. The Plaintiff(s)**

    a. Name: NATHAN LEON ROBERTS

       Street Address: c/o 257 Meadow Lane Road

       City and County: Demorest, Habersham County

       State and Zip Code: Georgia [30535]

       Telephone Number: 706-915-3521

**B. The Defendant(s)**

    a. Defendant Number 1

       Name: COMPUTER DISCOUNT WAREHOUSE

       Street Address: 75 Tri-State International

City and County: Lincolnshire, Lake County

State and Zip Code: Illinois 60069

Telephone Number: 847-465-6000

i. Defendant Number 1 Registered Agent: ILLINOIS CORPORATION SERVICE COMPANY

Street Address: 801 ADLAI STEVENSON DRIVE

City and County: SPRINGFIELD, SANGAMON COUNTY

State and Zip: ILLINOIS 62703

b. Defendant Number 2

Name: CHRISTINE LEAHY

Job Title: President and Chief Executive Officer

Street Address: 75 Tri-State International

City and County: Lincolnshire, Lake County

State and Zip Code: Illinois 60069

Telephone Number: 847-968-0203

Email: cleahy@cdw.com

c. Defendant Number 3

Name: AMY RAUPP

Job Title: Benefits & CoWorker Services

Street Address: 75 Tri-State International

City and County: Lincolnshire, Lake County

State and Zip Code: Illinois 60069

Telephone Number: 847-419-6133

Email: amyrau@cdw.com

d. Defendant Number 4

Name: ELIZABETH CONNELLY

Job Title: Senior Vice President, Healthcare

Street Address: 75 Tri-State International

City and County: Lincolnshire, Lake County

State and Zip Code: Illinois 60069

Telephone Number: 847-371-5932

Email: lizconn@cdw.com

e. Defendant Number 5

   Name: CONNOR WADDELL

   Job Title: Vice President and General Manager, Digital Infrastructure

   Street Address: 75 Tri-State International

   City and County: Lincolnshire, Lake County

   State and Zip Code: Illinois 60069

   Telephone Number: 608-609-3494

   Email: conowad@cdw.com

f. Defendant Number 6

   Name: BURWELL BAXTER BELL

   Job Title: Focal Point Executive VP of Technology Integration

   Street Address: 75 Tri-State International

   City and County: Lincolnshire, Lake County

   State and Zip Code: Illinois 60069

   Telephone Number: 813-786-7929

   Email: BBell@focal-point.com

g. Defendant Number 7

   Name: KEITH ARNOLD

   Job Title: Sr. Manager Coworker Relations

   Street Address: 75 Tri-State International

   City and County: Lincolnshire, Lake County

        State and Zip Code: Illinois 60069

        Telephone Number: 312-547-3028

        Email: keith.arnold@cdw.com

h. Defendant Number 8

        Name: JULIE MORGAN

        Job Title: Sr. Coworker Services Business Partner

        Street Address: 75 Tri-State International

        City and County: Lincolnshire, Lake County

        State and Zip Code: Illinois 60069

        Telephone Number: 312-898-6193

        Email: Julie.Morgan@cdw.com

i. Defendant Number 9

        Name: CRAIG R. THORSTENSON

        Job Title: Alleged Attorney at Law

        Street Address: 180 North Stetson Avenue

        City and County: Chicago, Cook County

        State and Zip Code: Illinois 60601

        Telephone Number: 312-960-6116

        Email: cthorstenson@fordharrison.com

## C. Place of Employment

a. Name: COMPUTER DISCOUNT WAREHOUSE

   Street Address: 75 Tri-State International

   City and County: Lincolnshire, Lake County

   State and Zip Code: Illinois 60069

   Telephone Number: 847-465-6000

II. **BASIS FOR JURISDICTION**

1. This action is brought for discrimination in employment pursuant to:
    a. Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin)
    b. 29 CFR § 1635.4(a) - Prohibited practices - in general
    c. 29 CFR § 1635.4(b) - Prohibited practices - in general
    d. 29 CFR § 1635.5 - Limiting, segregating, and classifying
    e. 18 U.S. Code § 242 - Deprivation of rights under color of law
    f. 18 U.S. Code § 241 - Conspiracy against rights

III. **STATEMENT OF CLAIM**

   A. The discriminatory conduct of which Plaintiff complain in this action is termination of employment.

   B. It is Plaintiff's best recollection that the alleged discriminatory acts occurred on January 13, 2022.

   C. Plaintiff does believe that Defendants are still committing these acts against Plaintiff.

   D. Defendants discriminated against Plaintiff based on Plaintiff's religion.

   E. The facts of Plaintiff's case are as follows:
      a. For Plaintiff's sincerely held religious belief, pursuant to Title VII of the Civil Rights Act of 1964, to not participate in COMPUTER DISCOUNT WAREHOUSE's vaccine and medical testing policies, all Defendants, except Defendant CRAIG R. THORSTENSON, did discharge Plaintiff, and otherwise discriminate against Plaintiff with respect to Plaintiff's privileges of employment by refusing to acknowledge acceptance of Plaintiff's completed and submitted "Request for Accommodation:

Religious Exemption from Vaccination", because of Plaintiff's religion.

b. For Plaintiff's sincerely held religious belief, pursuant to Title VII of the Civil Rights Act of 1964, to not participate in COMPUTER DISCOUNT WAREHOUSE's vaccine and medical testing policies all Defendants, except Defendant CRAIG R. THORSTENSON, did limit and classify Plaintiff for employment in any way which did deprive Plaintiff's employment opportunities and otherwise adversely affect Plaintiff's status as an employee by refusing to acknowledge acceptance of Plaintiff's completed and submitted "Request for Accommodation: Religious Exemption from Vaccination", because of Plaintiff's religion.

c. For Plaintiff's sincerely held religious belief, pursuant to Title VII of the Civil Rights Act of 1964, to not participate in COMPUTER DISCOUNT WAREHOUSE's vaccine and medical testing policies to not be modified by a gene altering mRNA "vaccination" all Defendants, except Defendant CRAIG R. THORSTENSON, did knowingly and willingly engage in discrimination against Plaintiff, pursuant to 29 CFR § 1635.4(a), by refusing to acknowledge acceptance of Plaintiff's completed and submitted "Request for Accommodation: Religious Exemption from Vaccination" and did discharge Plaintiff for alleged failure to complete and submit a "Request for Accommodation: Religious Exemption from Vaccination".

d. For Plaintiff's sincerely held religious belief, pursuant to Title VII of the Civil Rights Act of 1964, to not participate in COMPUTER DISCOUNT WAREHOUSE's vaccine and medical testing policies

to not be modified by a gene altering mRNA "vaccination" all Defendants, except Defendant CRAIG R. THORSTENSON, did knowingly and willingly engage in discrimination against Plaintiff, pursuant to 29 CFR § 1635.4(b), by refusing to acknowledge acceptance of Plaintiff's completed and submitted "Request for Accommodation: Religious Exemption from Vaccination" Defendants did refuse Plaintiff be given billable client hours in January 2022.

e. Defendant COMPUTER DISCOUNT WAREHOUSE, and it's co-conspirator agents that include all Defendants in this action, classify Plaintiff, pursuant to 29 CFR § 1635.5, for Plaintiff's sincerely held religious belief, pursuant to Title VII of the Civil Rights Act of 1964, to not participate in COMPUTER DISCOUNT WAREHOUSE's vaccine and medical testing policies in a way that does deprive or tend to deprive Plaintiff of employment opportunities or otherwise affect the status of the Plaintiff as an employee, because of genetic information with respect to the Plaintiff.

f. Pursuant to 18 U.S. Code § 241, Defendant's conspire to injure, oppress, threaten, and intimidate Plaintiff in the free exercise and enjoyment of Plaintiff's right to religious freedom secured by the First Amendment of the Constitution of the United States by refusing to acknowledge acceptance of Plaintiff's completed and submitted "Request for Accommodation: Religious Exemption from Vaccination" for Plaintiff's sincerely held religious belief, pursuant to Title VII of the Civil Rights Act of 1964, to not

      participate in COMPUTER DISCOUNT WAREHOUSE's vaccine and medical testing policies.

  g. Pursuant to 18 U.S. Code § 242, under color of law, statute, ordinance, regulation, or custom, each Defendant does subject Plaintiff to the deprivation of Plaintiff's right work with respect to Plaintiff's religious freedom secured by the First Amendment of the Constitution of the United States by refusing to acknowledge acceptance of Plaintiff's completed and submitted "Request for Accommodation: Religious Exemption from Vaccination" for Plaintiff's sincerely held religious belief, pursuant to Title VII of the Civil Rights Act of 1964, to not participate in COMPUTER DISCOUNT WAREHOUSE's vaccine and medical testing policies.

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. It is Plaintiff's best recollection that Plaintiff filed a charge with the Equal Employment Opportunity Commission regarding the Defendants' alleged discriminatory conduct on or before February 8, 2021.

B. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter, which Plaintiff received on September 21, 2022. See attached Exhibit A.

## V. RELIEF

A. <u>Actual Damages:</u> Plaintiff had reason to believe employment with COMPUTER DISCOUNT WAREHOUSE would continue without cessation, and Plaintiff would otherwise be employed at COMPUTER DISCOUNT WAREHOUSE for the foreseeable future without

Defendants' discriminatory acts against Plaintiff. Plaintiff demands 10 times the amount of Plaintiff's highest total annual compensation ($145,000.00 USD), including highest annual bonus ($11,000.00 USD), while working at COMPUTER DISCOUNT WAREHOUSE. $156,000.00 USD multiplied by ten equals $1,560,000.00 USD.

B. <u>Punitive Damages:</u> To deter Defendants from discrimination against other employees, as committed against Plaintiff, Plaintiff demands award of $5,000,000.00 USD.

C. <u>Court Costs:</u> Plaintiff reimbursed by Defendants all court costs, including, any service of process costs, and mailing fees.

D. <u>Civil Action Administration:</u> Plaintiff demands award reimbursement of $1,000.00 USD per hour of Plaintiff's administration time to this action.

## VI. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complain: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is support by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

RESPECTFULLY SUBMITTED [17th] day of [December, 2022];now-time.

All Rights Retain, Without Recourse,

By: _Nathan L. Roberts dba NATHAN LEON ROBERTS_
Nathan L. Roberts, nameholder
dba NATHAN LEON ROBERTS
c/o 257 Meadow Lane Road, Demorest, Georgia [30535]

By Special Visitation and Special Deposit
All Rights Retain None Waive Ever

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA GAINESVILLE DIVISION

NATHAN LEON ROBERTS,

    Plaintiff,

vs.

COMPUTER DISCOUNT WAREHOUSE,
CHRISTINE LEAHY, AMY RAUPP,
ELIZABETH CONNELLY, CONNOR
WADDELL, BURWELL BAXTER BELL,
KEITH ARNOLD, JULIE MORGAN,
CRAIG R. THORSTENSON
    Defendant(s).
_____/

Civil Action No.: _____

**DEMAND TRIAL BY JURY**

## VERIFICATION OF COMPLAINT

I, Plaintiff NATHAN LEON ROBERTS, hereby affirm that I have read and overstand the *COMPLAINT FOR EMPLOYMENT DISCRIMINATION* that I am filing with this *Verification*, and the facts stated in it are true.

I, Plaintiff NATHAN LEON ROBERTS, declare (or certify, verify, or state) under penalty of perjury under the laws of the united states of America that the foregoing is true and correct. Executed on day [17] of [December] in the year of our Lord and Savior, Jesus Christ, [2022];now-time. [28 USC § 1746(1)]

Page 1 of 2

RESPECTFULLY SUBMITTED [17th] day of [December, 2022];now-time.

All Rights Retain, Without Recourse,

By: *Nathan L. Roberts dba NATHAN LEON ROBERTS*
Nathan L. Roberts, nameholder
dba NATHAN LEON ROBERTS
c/o 257 Meadow Lane Road, Demorest, Georgia [30535]

Page 2 of 2

U.S. POSTAGE PAID
PME 1-Day
LULA, GA
30554
DEC 17, 22
AMOUNT
$31.15
R2305K140556-04

RDC 07    30501

PRESS FIRMLY TO SEAL

# MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 706 ) 915-3521
Nathan L. Roberts
dba NATHAN LEON ROBERTS
c/o 257 Meadow Lane Road
Demorest, Georgia  30535

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)   PHONE ( )
US District Court
Attention: Clerk of Court
121 Spring Street SE, Suite 201
Gainesville, Ga ~~30504~~

ZIP+4® (U.S. ADDRESSES ONLY)
30501-____

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

⇦ PEEL FROM THIS CORNER

EI 480 621 191 US

CLEARED DATE
DEC 19 2022

PAYMENT BY ACCOUNT (if applicable)
U.S. Marshals Service
Atlanta, GA 30303

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☑ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 30554
Scheduled Delivery Date: 12/19/22
Postage: $27.90
Date Accepted: 12/17/22
Scheduled Delivery Time: ☑ 6:30 PM
Time Accepted: 9:15 ☐ AM ☑ PM
Return Receipt Fee: $3.25
Weight: 1 lb 6.0 oz ☑ Flat Rate
Total Postage & Fees: $31.15

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

SF May 2020
12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE®